IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gaugamela Holdings, LLC,      :
          Appellant     :
                          :
          v.           :    No. 1438 C.D. 2017
                          :
The School District of Pittsburgh and  :
Gladstone Community Partnership,  :
LLC                           :

# **O R D E R**

NOW, September 12, 2018, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge